UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**MAURICE JOHNSON,**                      **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

vs.

**TAMMY FORD,**                           **CASE NO: 16-1240-STA-egb**

    **Respondent.**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Motion To dismiss, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on June 30, 2017, the petition is therefore DISMISSED.

                                                                     **APPROVED:**

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 7/3/2017**                     THOMAS M. GOULD
                                        **Clerk of Court**

                                                     s/Maurice B. BRYSON

                                                     **(By) Deputy Clerk**